IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00610-LTB

DERRICK DARNELL FRAZIER,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 18 day of April, 2013.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/L. Gianelli
                                  Deputy Clerk